IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CHRISTOPHER HOWARD THRASHER, #65063**            **PETITIONER**

**VERSUS**            **CIVIL ACTION NO. 5:11-cv-113-DCB-RHW**

**WCCF**            **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

     A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

     A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date:   12/27/2011            s/ David Bramlette
                                                UNITED STATES DISTRICT JUDGE